**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:

JON PATRICK KALISH
LORRAINE TAMA KALISH

                            Debtors

CHAPTER **13**
Case No. 14-42639-MBM
Judge MARCI B. MCIVOR

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND**
**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS;**
**NOTICE TO CREDITORS OF OBLIGATION TO**
**FILE A RESPONSE AND RIGHT TO OBJECT; AND**
**NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION**

*Please read this Report carefully. It advises you of certain*
*rights and deadlines imposed pursuant to the law.*
*Your rights may be adversely affected.*

David Wm. Ruskin, Standing Chapter 13 Trustee, pursuant to F.R.Bankr.P. 3002.1(f) and E.D. Mich. LBR 2015-3(a)(1), reports to the Court that the above-named Debtors have completed all payments under the confirmed Chapter 13 plan.

This notice is provided pursuant to F.R.Bankr.P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtors' principal residence and whose claims are provided for under 11 U.S.C. 1322(b)(5).

**IF YOUR CLAIM WAS PAID BY THE TRUSTEE, THE DEBTORS HAVE PAID IN FULL THE AMOUNT REQUIRED TO CURE ANY DEFAULT ON YOUR CLAIM.**

**IF YOUR CLAIM WAS PAID DIRECTLY BY THE DEBTORS OR THE AUTOMATIC STAY WAS LIFTED DURING THE TERM OF THE DEBTORS' CHAPTER 13 PLAN, THE TRUSTEE DOES NOT HAVE ANY INFORMATION REGARDING WHETHER THIS OBLIGATION IS CURRENT.**

**PURSUANT TO F.R.BANKR.P. 3002.1(g), YOU ARE REQUIRED TO FILE AND SERVE A RESPONSE ON THE DEBTORS, DEBTORS' COUNSEL AND THE TRUSTEE, NO LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. F.R.BANKR.P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE REQUIRED RESPONSE.**

©2016 David Wm. Ruskin

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(2), if the Court determines that Debtors' are eligible for a Discharge, the Order of Discharge will include findings that:

1. All allowed claims have been paid in accordance with the plan; and

2. With respect to any secured claim that continues beyond the term of the plan, any prepetition or post-petition defaults have been cured.

Pursuant to E.D. Mich. LBR 2015-3(a)(3), if the Court determines that Debtors' are eligible for a Discharge, the Order of Discharge will direct that:

1. Any creditor who held a secured claim that was fully paid shall execute and deliver to the Debtors a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and

2. Any creditor who holds a secured claim that continues beyond the term of the plan shall take no action inconsistent with the findings set forth in the Order of Discharge.

### RIGHTS AND DUTIES OF DEBTORS

**Duty of Debtors regarding secured debt obligations:** Every Debtor, regardless of whether the Debtor is or claims to be entitled to a discharge, must:

1. Immediately begin making the required payments on secured debt obligations to avoid defaulting on those secured debt obligations.

2. Continue to make required payments on secured debt obligations until those obligations are paid in full. If the Court determines that the Debtors are eligible for a Discharge, the Chapter 13 Discharge will not discharge the Debtors from any obligation on any continuing secured debt payments that come due after the date of the Debtors' last payment under the Plan.

*See* E.D. Mich. LBR 2015-3(a)(6)&(7).

**If the Debtor claims to be eligible for a discharge pursuant to 11 USC Section 1328:**

1. Within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor must file with the Court the Certification Regarding Domestic Support Obligations. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

2. If this is a Joint Case, each Debtor must separately complete and file the Certification Regarding Domestic Support Obligations. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

3. If the Debtor fails to complete and file the Certification Regarding Domestic Support Obligations within 28 days of the date of this Chapter 13 Trustee's Report, the Debtor's case may be closed by the Court without the entry of a discharge. The form and instructions on how to complete this form may be found on the Court's web site, www.mieb.uscourts.gov.

## RIGHTS AND DUTIES OF CREDITORS

In addition to the requirements of F.R.Bankr.P. 3002.1(g), pursuant to E.D. Mich. LBR 2015-3(a)(4), if any party in interest asserts that:

1. The Debtors have failed to make all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; or

2. The Debtors are not current in any payments the Debtors were authorized to make directly to a creditor; or

3. One or more allowed claims have not been paid in accordance with the plan; or

4. With respect to any secured claim that continues beyond the term of the plan, there remains prepetition or post-petition defaults that have not been cured; or

5. A creditor has a lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; or

6. There exists reasonable cause to believe that:

    (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtors; or

    (b) There is pending any proceeding in which the Debtors may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

the party may file an objection to this Report. Any objection must be filed not later than 21 days after service of this Trustee's Report. If a timely objection is filed, the Court will delay entry of the order of discharge until the Court resolves the objection and a hearing will be scheduled with notice to the objecting party.

In addition to the requirements of F.R.Bankr.P. 3002.1(g), if no objection to this Trustee's Report is timely filed, pursuant to E.D. Mich. LBR 2015-3(a)(5), it shall be conclusively determined that:

1. Debtors have made all payments to the Chapter 13 Trustee as required by the confirmed Chapter 13 plan; and

2. Debtors are current in all payments Debtors were authorized to make directly to a creditor; and

3. All allowed claims have been paid in accordance with the plan; and

4. With respect to any secured claim that continues beyond the term of the plan, all prepetition and post-petition defaults have been cured; and

©2016 David Wm. Ruskin

5. A creditor has no lawful reason to refuse to execute or deliver a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and;

6. There exists no reasonable cause to believe that:

   (a) 11 U.S.C. Section 522(q)(1) may be applicable to the Debtors; or

   (b) There is pending any proceeding in which the debtors may be found guilty of a felony of the kind specified in 11 U.S.C. Section 522(q)(1)(A) or found liable for a debt of the kind described in 11 U.S.C. Section 522(q)(1)(B)

7. The Court may enter an order of discharge containing the terms set forth above without further notice or hearing.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
David Wm. Ruskin, Chapter 13 Standing Trustee

Dated: August 14, 2019

/s/ Thomas D. DeCarlo
DAVID WM. RUSKIN (P26803)
Attorney and Chapter 13 Standing Trustee
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
26555 Evergreen Road Ste 1100
Southfield, MI 48076-4251
Telephone (248) 352-7755

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:
JON PATRICK KALISH
LORRAINE TAMA KALISH
                       Debtors

CHAPTER 13
Case No. 14-42639-MBM
Judge MARCI B. MCIVOR

**PROOF OF SERVICE OF TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION**

    I hereby certify that on August 14, 2019, I electronically filed the TRUSTEE'S NOTICE OF FINAL CURE PAYMENT AND TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS; NOTICE TO CREDITORS OF OBLIGATION TO FILE A RESPONSE AND RIGHT TO OBJECT; AND NOTICE TO DEBTOR OF OBLIGATION TO FILE DEBTOR'S CERTIFICATION with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    The following parties were served electronically:

Thav Gross Pc
30150 Telegraph Rd Ste 444
Bingham Farms, MI  48025

    The parties on the attached list were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto.

/s/ Deanna Thiel
_____
Deanna Thiel
For the Office of the Chapter 13 Standing Trustee-Detroit
26555 Evergreen Road Ste 1100
Southfield, MI 48076-4251
(248) 352-7755

©2016 David Wm. Ruskin

JON PATRICK KALISH
LORRAINE TAMA KALISH
13926 NORTHRIDGE DR.
HOLLY, MI  48442-8231

ACB RECOVER
P O BOX 177
CINCINNATI, OH 45201-0177

ALLY FINANCIAL
200 RENAISSANCE CENTER
DETROIT, MI 48243

ALLY FINANCIAL
% ALLY SERVICING LLC
P O BOX 130424
ROSEVILLE, MN 55113

ALLY FINANCIAL
% ALLY SERVICING LLC
P O BOX 78367
PHOENIX, AZ 85062-8367

ALTAIR OH XIII LLC
% WEINSTEIN PINSON AND RILEY PS
P O BOX 3978
SEATTLE, WA 98124-3978

ASSET ACCEPTANCE LLC
P O BOX 2036
WARREN, MI 48090

ASSET ACCEPTANCE LLC
ATTN BANKRUPTCY DEPT
P O BOX 2036
WARREN, MI 48090

CAPITAL 1 BANK
ATTENTION BANKRUPTCY
P O BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE
P O BOX 30273
SALT LAKE CITY, UT 84130-0273

CAPITAL ONE NA
% BECKET & LEE LLP
P O BOX 3001
MALVERN, PA 19355-0701

CHASE BANK
ATTN BANKRUPTCY DEPT
P O BOX 15298
WILMINGTON, DE 19850

CITIBANK
P O BOX 6500
SIOUX FALLS, SD 57117

CITIBANK SD NA
ATTN CENTRALIZED BANKRUPTCY
P O BOX 20507
KANSAS CITY, MO 64195

FIRSTSOURCE ADVANTAGE LLC
205 BRYANT WOODS SOUTH
AMHERST, NY 14228

GENESYS REGIONAL MEDICAL CENTER
ONE GENESYS PARKWAY RM 1801
GRAND BLANC, MI 48439

GREAT LAKES ANESTHESIA ASSOCIATES
DEPARTMENT CH17829
PALATINE, IL 60055-7829

©2016 David Wm. Ruskin

HUNTINGTON NATIONAL BANK
P O BOX 89424
CLEVELAND, OH 44101-8539

HUNTINGTON NATIONAL BANK
P O BOX 182519
COLUMBUS, OH 43218-2519

KOHLS DEPARTMENT STORES
P O BOX 3043
MILWAUKEE, WI 53201-3043

KOHLS/CAPITAL ONE
P O BOX 3115
MILWAUKEE, WI 53201-3115

MAIN STREET ACQUISITION CORP
% BECKET AND LEE LLP
P O BOX 3001
MALVERN, PA 19355-0701

PORTFOLIO RECOVERY ASSOCIATES
% PRA RECEIVABLES MANAGEMENT LLC
P O BOX 12914
NORFOLK, VA 23541

PORTFOLIO RECOVERY ASSOCIATES LLC
P O BOX 12914
NORFOLK, VA 23541

RIDGE RUN HOMEOWNERS ASSOCIATION
13926 NORTHRIDGE DR
HOLLY, MI 48442

RUSHMORE LOAN MANAGEMENT
SERVICES LLC
AS SERVICER FOR MTGLQ INVESTORS LP
P O BOX 52708
IRVINE, CA 92619-2708

RUSHMORE LOAN MANAGEMENT
SERVICES LLC
AS SERVICER FOR MTGLQ INVESTORS LP
P O BOX 55004
IRVINE, CA 92619-2708

RUSSELL AGENCY
P O BOX 7009
FLINT, MI 48507

STATCARE PC
DEPT CH 17767
PALATINE, IL 60055-0001

TODD A SANDROCK DO
G3169 BEECHER RD STE 101
FLINT, MI 48532-3644

TROTT LAW PC
31440 NORTHWESTERN HWY STE. 200
FARMINGTON HILLS, MI 48334-5422

US BK TRUST NA TE OF CHALET SERIES III TRUST
% SN SERVICING CORP
323 FIFTH ST
EUREKA, CA 95501

WELLS FARGO
% TROTT LAW PC
31440 NORTHWESTERN HWY
SUITE 200
FARMINGTON HILLS, MI 48334-2525

WELLS FARGO BANK NA
1 HOME CAMPUS MAC ID X2302-04C
DES MOINES, IA 50328

WELLS FARGO BANK NA
1 HOME CAMPUS
ATTN PAYMENT PROCESSING
DES MOINES, IA 50328

WELLS FARGO HOME MORTGAGE
8480 STAGECOACH CIRCLE
FREDERICK, MD 21701

©2016 David Wm. Ruskin